**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

FILED
14 FEB 10 AM 10:02
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY  DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>            vs.<br><br>T/N: JAVIER GOMEZ-MIRANDA,<br>Chgd as: Javier Miranda-Gomes<br><br>                    Defendant. | CASE NO. 13CR4420-CAB<br><br>**JUDGMENT OF DISMISSAL** |

   IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal, without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) as charged in the Indictment/Information:

Title 8, U.S.C., Sec. 1326(a) and (b) - Removed Alien Found in the United States.

   IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: FEBRUARY 7, 2014

_____
Cathy Ann Bencivengo
U.S. District Judge